# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

**W.E. TRAILS, LLC**

      **Plaintiff,**

**v.**

**PHILADELPHIA INDEMNITY INSURANCE COMPANY,**

      **Defendant.**

Case No. 3:16-cv-0759

JUDGE TRAUGER

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1), the parties to this action hereby stipulate that all claims pending in this action are hereby voluntarily DISMISSED WITH PREJUDICE. Each party shall bear its own attorneys' fees, court costs, and discretionary costs.

      Jointly Submitted:

      **GILBERT RUSSELL McWHERTER SCOTT BOBBITT PLC**

      *s/ J. Brandon McWherter*
      J. BRANDON McWHERTER #21600
      341 Cool Springs Blvd., Suite 230
      Franklin, Tennessee 37067
      Telephone: (615) 354-1144
      bmcwherter@gilbertfirm.com

      CLINTON H. SCOTT #23008
      101 North Highland Ave.
      Jackson, Tennessee 38301
      Telephone: (731) 664-1340
      cscott@gilbertfirm.com

      *Attorneys for Plaintiff*

**RAINEY, KIZER, REVIERE & BELL, P.L.C.**

*s/ Bradford D. Box*
BRADFORD D. BOX #016596
bbox@raineykizer.com
Jonathan D. Stewart #023039
jstewart@raineykizer.com
209 East Main Street
P.O. Box 1147
Jackson TN  38302-1147
Telephone: (731) 423-2414

*Attorneys for Defendant*